IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**95–107.** Fed. Land Bank v. Walton. *Wyandot County*, No. 16–94–7. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for appeal bond,

IT IS ORDERED by the court that the motion for appeal bond be, and hereby is, denied, effective January 24, 1995.

RESNICK and COOK, JJ., dissent.

**95–126.** Dover v. Colvin. *Tuscarawas County*, No. 94AP040027. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of execution of her sentence of incarceration pending a determination by this court of this case,

IT IS ORDERED by this court that the motion for stay be, and hereby is, denied.

WRIGHT, J., dissents.

## RECONSIDERATION DOCKET

**94–1892.** Frazier v. Columbus City Bd. of Edn. *Franklin County*, No. 93APE11–1534. On January 9, 1995, this court dismissed this cause for want of prosecution because appellants had failed to timely file a merit brief in accordance with the Rules of Practice. On January 12, 1995, appellants filed a motion to stay the dismissal of this cause, to retain this cause on the merit docket pending disposition of case No. 94–811, *Adamsky v. Buckeye Local School District*, and to remand for reconsideration of *Adamsky*. Construing appellants' motion as a motion for reconsideration of this court's order of January 9, 1995, see 71 Ohio St.3d 1441, 643 N.E.2d 1152,

IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied, effective January 24, 1995.

**94–2168.** Frazier v. Columbus City Bd. of Edn. *Franklin County*, No. 93APE11–1534. On January 9, 1995, this court dismissed this cause for want of prosecution because appellants had failed to timely file a merit brief in accordance with the Rules of Practice. On January 12, 1995, appellants filed a motion to stay the dismissal of this cause, to retain this cause on the merit docket pending disposition of case No. 94–811, *Adamsky v. Buckeye Local School District*, and to remand for reconsideration of *Adamsky*. Construing appellants' motion as a motion for reconsideration of this court's order of January 9, 1995, see 71 Ohio St.3d 1441, 643 N.E.2d 1152,

IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied, effective January 24, 1995.

**94–2550.** Thottam v. Thottam. *Stark County*, No. 1994CA00007. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of the motion of Sondra Thottam, n.k.a. Cain, for reconsideration of the dismissal of her cross-appeal for want of prosecution, see 71 Ohio St.3d 1442, 643 N.E.2d 1152,

IT IS ORDERED by the court that the motion for reconsideration be, and the same is hereby, denied, effective January 24, 1995.

## MISCELLANEOUS DISMISSALS

**94–684.** Karmasu v. Tate. *Scioto County*, No. 93CA2195. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. On May 16, 1994, the record was filed in the Supreme Court. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective January 25, 1995.